**Edward J. LINCOLN, Jr., et al.**

**v.**

**INHABITANTS OF the TOWN OF NEWCASTLE and William H. Pynchon.[1]**

Supreme Judicial Court of Maine.

Argued May 6, 1981.

Decided Sept. 22, 1981.

Law Offices of William F. Hufnagel, R. Howard Lake, (orally), Winthrop, for plaintiffs.

Snyder & Jumper, Ervin D. Snyder, Wiscasset, (orally), for William H. Pynchon.

Sewall, Mittel & Hefferan, Courtney Whitney, Jr., Damariscotta, for Town of Newcastle.

---

1. The caption reflects our deletion of the Town of Newcastle Board of Appeals as a party defendant to this case. An impartial adjudicatory body without independent enforcement responsibility, the municipal zoning board is not a proper party defendant to an appeal or its own decision. *See Inhabitants of the Town of Boothbay Harbor v. Russell*, Me., 410 A.2d 554, 559–60 (1980).

Before McKUSICK, C. J., and WER-NICK,* GODFREY, ROBERTS and CAR-TER, JJ.

MEMORANDUM OF DECISION.

Judgment of the Superior Court affirmed by an evenly divided court. No costs on appeal allowed to either appellees or appellants.

All concurring.